# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1356
_____

MADAI LICIN-DEBROSSE,

   Appellant,

v.

FLORIDA DEPARTMENT OF
HEALTH, BOARD OF NURSING,

   Appellee.

_____

On appeal from the State of Florida Board of Nursing.
Joe R. Baker, Jr., Executive Director.

August 1, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Louis J. Terminello and Michael Martinez of Greenspoon Marder, LLP, Miami, for Appellant.

Christine E. Lamia and Sarah Young Hodges, Department of Health, Tallahassee, for Appellee.